UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES ROBERT WEBB, JR., | |
| Petitioner, | |
| v. | Civil No. 12-cv-676-JPG |
| UNITED STATES OF AMERICA, | Criminal No. 03-cr-40054-JPG |
| Respondent. | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner James Robert Webb, Jr.'s motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed.

**DATED: November 16, 2012**          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                              s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**